■ GARY M. DISCHIAVI et al., Appellants, v WILLIAM S. CALLI et al., Defendants, and ROBERT CALLI et al., Respondents. (Appeal No. 5.) [890 NYS2d 843]—

Same memorandum as in *Dischiavi v Calli* ([appeal No. 2] 68 AD3d 1691 [2009]). Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ STEPHEN SZCZESNIAK et al., Respondents, v MARK WHITFORD, Appellant, and MARK HAWKINS, Respondent. [890 NYS2d 843]—

Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.